361 A.2d 706

COMMONWEALTH

v.

McCLENDON, Appellant.

Submitted March 1, 1976.
Steven M. Foldes, Assistant Public Defender, and Richard D. Walker, Public Defender, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, and LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

359 A.2d 896

COMMONWEALTH

v.

McDONALD, Appellant.

Submitted November 17, 1975. J. Kerrington Lewis, for appellant; Charles W. Johns, Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence and order affirmed.